In the Matter of F. MAXSON NEAL et al., Respondents, against INSPECTORS OF ELECTION OF THE FIRST ELECTION DISTRICT OF THE TOWN OF LINCKLAEN, CHENANGO COUNTY, Appellants.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.   [See *post,* p. 1116.]